## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: West v. Credit Control Services, Inc. d/b/a Credit Collection Services

Case Number: 1:17-cv-01881

An appearance is hereby filed by the undersigned as attorney for:
Credit Control Services, Inc. d/b/a Credit Collection Services

Attorney name (type or print): Charity A. Olson

Firm: Olson Law Group

Street address: 2723 S. State St., Suite 150

City/State/Zip: Ann Arbor, MI 48104

Bar ID Number:
(See item 3 in instructions)

Telephone Number: 734-222-5179

Email Address: colson@olsonlawpc.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 29, 2017

Attorney signature: S/ Charity A. Olson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015